# Exhibit A

All Law Division initial Case Management Dates will be heard via ZOOM.
For more information and Zoom Meeting IDs go to https://www.cookcountycourt.org/HOME/Zoom-Links/Agg4906_SelectTab/12
Remote Court date: 7/5/2022 10:00 AM

*Foo #*
*16S391*

FILED
5/2/2022 5:13 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
Calendar, D
17734186

FILED DATE: 5/2/2022 5:13 PM  2022L004004

| 2120 - Served | 2121 - Served | 2620 - Sec. of State |
| 2220 - Not Served | 2221 - Not Served | 2621 - Alias Sec of State |
| 2320 - Served By Mail | 2321 - Served By Mail | |
| 2420 - Served By Publication | 2421 - Served By Publication | |
| Summons - Alias Summons | | (12/01/20) CCG 0001 A |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Name all Parties

MARYANN WALKER

Plaintiff(s) v.

PILOT TRAVEL CENTERS, LLC

Defendants

Address of Defendant(s)

CASE NO: 2022L004004

Please serve as follows (check one):   X Sheriff Service   ○ Alias

### SUMMONS

To each Defendant:

You have been named a defendant in the complaint in this case, a copy of which is hereto attached. You are summoned and required to file your appearance, in the office of the clerk of this court, within 30 days after service of this summons, not counting the day of service. If you fail to do so, a judgment by default may be entered against you for the relief asked in the complaint.

**THERE WILL BE A FEE TO FILE YOUR APPEARANCE.**

To file your written appearance/answer **YOU DO NOT NEED TO COME TO THE COURTHOUSE.** You will need: a computer with internet access; an email address; a completed Appearance form that can be found at http://www.illinoiscourts.gov/Forms/approved/procedures/appearance.asp; and a credit card to pay any required fees.

E-filing is now mandatory with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider.

If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit www.illinoislegalaid.org.

If you are unable to pay your court fees, you can apply for a fee waiver. For information about defending yourself in a court case (including filing an appearance or fee waiver), or to apply for free legal help, go to www.illinoislegalaid.org. You can also ask your local circuit clerk's office for a fee waiver application.

Please call or email the appropriate clerk's office location (on Page 3 of this summons) to get your court hearing date AND for information whether your hearing will be held by video conference or by telephone. The Clerk's office is open Mon - Fri, 8:30 am - 4:30 pm, except for court holidays.

**NOTE:** Your appearance date is NOT a court date. It is the date that you have to file your completed appearance by. You may file your appearance form by efiling unless you are exempted.

A court date will be set in the future and you will be notified by email (either to the email address that you used to register for efiling, or that you provided to the clerk's office).

**CONTACT THE CLERK'S OFFICE** for information regarding **COURT DATES** by visiting our website: cookcountyclerkofcourt.org; download our mobile app from the AppStore or Google play, or contact the appropriate clerk's office location listed on Page 3.

To the officer: (Sheriff Service)

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than thirty (30) days after its date.

⦿ Atty. No.: 32429
◯ Pro Se 99500
Name: Elman Joseph Law Group, LLC
Atty. for (if applicable):
Plaintiff
Address: 212 W. Washington St., Suite 1208
City: Chicago
State: IL   Zip: 60606
Telephone: 312-739-2159
Primary Email: elmanlawgroup.court@gmail.com

Witness date _____
5/2/2022 5:13 PM IRIS Y. MARTINEZ

IRIS Y. MARTINEZ, Clerk of Court
☐ Service by Certified Mail
☐ Date of Service: _____
(To be inserted by officer on copy left with employer or other person)

Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois
cookcountyclerkofcourt.org
Page 2 of 3

All Law Division initial Case Management Dates will be heard via ZOOM.
For more information and Zoom Meeting IDs go to https://www.cookcountycourt.org/HOME/Zoom-Links/Agg4906_SelectTab/12
Remote Court date: 7/5/2022 10:00 AM

FILED
5/2/2022 5:13 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
Calendar, D
17734186

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

MARYANN WALKER
Plaintiff,
vs.

No. 2022L004004

PILOT TRAVEL CENTERS, LLC
Defendant

Amount Claimed: in excess of
$50,000 PLUS COSTS

### COMPLAINT

NOW COMES the Plaintiff, MARYANN WALKER, by her attorneys, ELMAN LAW GROUP, LLC, and in complaining of the Defendant, PILOT TRAVEL CENTERS, LLC, states as follows:

1. That on 5/29/2020, the Plaintiff was an invitee and customer of the defendant at the Pilot Travel Center gas station (#483) located 3801 N. Division St., in the City of Morris, County of Grundy, and State of Illinois.

2. That on the said date, the Defendant owned, managed, and operated a Pilot Travel Center gas station (#483) located at 3801 N. Division St., City of Morris, County of Grundy, and State of Illinois.

3. That at the time of the accident, the defendant's corporation was headquartered in Knoxville, TN, and had multiple locations throughout Illinois including Cook County, and its agent for service of process is in Chicago/Cook County, Illinois.

4. That at all times pertinent hereto, the defendant undertook to inspect and maintain said premises referred to in paragraph 1 and 2.

5. That at all times pertinent hereto, it was the duty of the Defendants in its inspection and maintenance of the gas pumps and gas hoses at its Pilot Travel Center in Morris, IL referred to in paragraphs 1 and 2 to exercise ordinary care for the safety of the Plaintiff.

6. That notwithstanding said duty, the defendant guilty of one or more of the following negligent acts or omissions:

    a. Failed to properly maintain the gas hose of the gas pump.

    b. Failed to warn the Plaintiff of the broken gas hose of the gas pump.

    c. Failed to properly inspect the gas hose of the gas pump.

    d. Failed to properly replace the gas hose of the gas pump.

    e. Failed to fix the broken gas hose the gas pump.

    f. Failed to properly insulate the gas hose at the gas pump.

    g. Failed to properly control the gas hose at the gas pump.

7. That as a direct and proximate result of one or more of the aforementioned negligent acts or omissions of all the Defendants, the Defendant's gas hose equipment broke while the plaintiff was using it at the gas station, resulting in her incurring injuries to various portions of her body; requiring her to expend money for medical care and treatment; resulting in her experiencing pain, suffering and mental anguish both now and in the future; resulting in her becoming both temporarily and permanently disabled and disfigured, and resulting in a loss of wages, and out of pocket expenses..

WHEREFORE, Plaintiff, MARYANN WALKER, prays for judgment against the Defendant, PILOT TRAVEL CENTERS, LLC in a sum of money in excess of FIFTY THOUSAND DOLLARS ($50,000.00) plus costs for Plaintiff.

                                                                   ELMAN LAW GROUP, LLC

                                    By: *Anthony R. Elman*
                                              Anthony R. Elman
                                              Attorney for Plaintiff

FILED DATE: 5/2/2022 5:13 PM 2022L004604

ELMAN JOSEPH LAW GROUP, LLC #32429
212 W. WASHINGTON, SUITE 1208
CHICAGO, IL 60606
Phone: (312) 739-2159
Email: ELMANLAWGROUP.COURT@GMAIL.COM

## AFFIDAVIT AND VERIFICATION PURSUANT TO S. CT. RULE 222 (B)

I, ANTHONY R. ELMAN, an attorney for the Plaintiff, state on oath that I am familiar with the facts relating to the above captioned matter. That the allegations contained in the Complaint are true and the nature and extent of Plaintiff's injuries are such that the claim has a value in excess of $50,000.00, pursuant to S. Ct. Rule 222 (B).

*ANTHONY R. ELMAN*
ANTHONY R. ELMAN



12/15/2021

*Patrick Relford*
*Sr. Adjuster – General Liability*

DTLA Law Group
601 North Vermont Ave.
Los Angeles, CA 90004
Attn: Jackie Mendez

                RE:     Your Client – Maryann Walker
                          Date of Loss – 05/29/2020
                          Pilot Travel Centers, LLC Claim No. – GC2020162330

Dear Ms. Mendez,

       This letter is to acknowledge receipt of your letter of representation dated November 19, 2021 regarding the above captioned accident. Please note for your file that I will be the person handling the claim for Pilot Travel Centers, LLC. Please direct all future communication to my attention.

       To properly evaluate your client's claim for damages, I will need copies of any invoices related to repairs, cleaning, etc., and any documentation of the damages.

       I appreciate your prompt attention to this matter.

Sincerely,

*[signature: Patrick Relford]*

Patrick Relford
Sr. Adjuster – General Liability
(865) 474 – 3435
Patrick.Relford@pilottravelcenters.com